# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

| | |
|---|---|
| **JAMES N. HATTEN** | **DOCKETING SECTION** |
| DISTRICT COURT EXECUTIVE | 404-215-1655 |
| AND CLERK OF COURT | |

April 27, 2015

Cathelene Robinson, Clerk of Court
Superior Court of Fulton County
136 Pryor Street
Room C-155
Atlanta, GA 30303

      Re:    MELVIN MCCRARY, JR. et al. v. HICKORY PARK, LTD,
             d/b/a HICKORY PARK APARTMENTS, et al.
             Your Case Number: 2014cv242170
             Our Case Number:  1:14-cv-00758-CC

Dear Ms. Robinson:

      Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.  Please acknowledge receipt of this Order by returning the enclosed copy of this letter to this office.

                           Sincerely,
                           James N. Hatten
                           District Court Executive
                             and Clerk of Court
                  By:  s/ Traci Clements-Campbell
                             Deputy Clerk

Enclosures